ORIGINAL

SDNY (Rev. 12/21)
AO 98 (Rev. 12/11) Appearance Bond

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. **24-CR-82** |
| Keonne Rodriguez | ) | |
| *Defendant* | ) | |

## APPEARANCE BOND

### Defendant's Agreement

I, _____ Keonne Rodriguez _____ *(defendant)*, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

( X )    to appear for court proceedings;
( X )    if convicted, to surrender to serve a sentence that the court may impose; or
( X )    to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

( X ) (1)  This is a personal recognizance bond.

(    ) (2)  This is an unsecured bond of _____ . (    ) Cosigned by _____ FRP.

( X ) (3)  This is a secured bond of _$ 1,000,000.00_ , secured by:

(    ) (a)  _____ , in cash deposited with the court.

( X ) (b)  the agreement of the defendant and each surety to forfeit the following cash or other property *(describe the cash or other property, including claims on it — such as a lien, mortgage, or loan — and attach proof of ownership and value)*:

610 Wood Street, Harmony, PA 16037

If this bond is secured by real property, documents to protect the secured interest may be filed of record.

(    ) (c)  a bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety)*:

( X ) (d)  Cosigned by _2_ FRP.

### Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

24-CR-82

AO 98 (Rev. 12/11) Appearance Bond

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

### Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

(1)     all owners of the property securing this appearance bond are included on the bond;
(2)     the property is not subject to claims, except as described above; and
(3)     I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date:   04/29/2024

_____
*Defendant's Signature* Keonne Rodriguez

*Interpreter's Initials*

_____
*Surety/property owner - printed name*

_____
*Surety/property owner - signature and date*

*Deputy Clerk's Initials*

*Interpreter's Initials*

_____
*Surety/property owner - printed name*

_____
*Surety/property owner - signature and date*

*Deputy Clerk's Initials*

*Interpreter's Initials*

_____
*Surety/property owner - printed name*

_____
*Surety/property owner - signature and date*

*Deputy Clerk's Initials*

*Interpreter's Initials*

*CLERK OF COURT*

Date:   04/29/2024

_____
*Signature of Deputy Clerk*

Approved.

Date:   04/29/2024

_____
*AUSA's Signature* David Felton/Andrew Chan

AO 98 (Rev. 12/11) Appearance Bond                                                      24-CR-82

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

### Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

(1)     all owners of the property securing this appearance bond are included on the bond;
(2)     the property is not subject to claims, except as described above; and
(3)     I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date:   04/29/2024

JOSE M RODRIGUEZ
_____
Surety/property owner - printed name

_____
Surety/property owner - printed name

_____
Surety/property owner - printed name

*Defendant's Signature* Keonne Rodriguez

5/1/24
_____
Surety/property owner - signature and date

_____
Surety/property owner - signature and date

_____
Surety/property owner - signature and date

Deputy Clerk's Initials

Deputy Clerk's Initials

Deputy Clerk's Initials

Interpre Initia

Interpre Initia

Interpre Initia

Interpre Initia

CLERK OF COURT

Date:   04/29/2024

_____
Signature of Deputy Clerk

Approved.

Date: _____

*AUSA's Signature* David Felton/Andrew Chan

AO 98 (Rev. 12/11) Appearance Bond

24-CR-82

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

## Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

(1)   all owners of the property securing this appearance bond are included on the bond;
(2)   the property is not subject to claims, except as described above; and
(3)   I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date:   04/29/2024

*Defendant's Signature* Keonne Rodriguez

| | | |
|---|---|---|
| LAUREN RODRIGUEZ | | |
| *Surety property owner - printed name* | *Surety property owner - signature and date* 05/01/24 | *Deputy Clerk's Initials* |
| *Surety property owner - printed name* | *Surety property owner - signature and date* | *Deputy Clerk's Initials* |
| *Surety property owner - printed name* | *Surety property owner - signature and date* | *Deputy Clerk's Initials* |

*Interpreter Initials*

*CLERK OF COURT*

Date:   04/29/2024

*Signature of Deputy Clerk*

Approved

Date:

*AUSA's Signature* David Felton/Andrew Chan

Page 2 of 7

AO 199A (Rev. 06/19)  Order Setting Conditions of Release

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.  24-CR-82 |
| **Keonne Rodriguez** | ) | |
| _Defendant_ | ) | |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1)   The defendant must not violate federal, state, or local law while on release.

(2)   The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 40702.

(3)   The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4)   The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at: _____
_Place_

_____

on _____
_Date and Time_

If blank, defendant will be notified of next appearance.

(5)   The defendant must sign an Appearance Bond, if ordered.

AO 199B (Rev. 12/20)  Additional Conditions of Release                    Keonne Rodriguez                    24-CR-82

## ADDITIONAL CONDITIONS OF RELEASE

Pursuant to 18 U.S.C. § 3142(c)(1)(B), the court may impose the following least restrictive condition(s) only as necessary to reasonably assure the appearance of the person as required and the safety of any other person and the community.

   IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ☐ )  (6)   The defendant is placed in the custody of:
       Person or organization _____
       Address *(only if above is an organization)* _____
       City and state _____  Tel. No. _____

who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

                                         Signed: _____      _____
                                                   *Custodian*                      *Date*

( ☑ )  (7)   The defendant must:
       ( ☑ )  (a)  submit to supervision by and report for supervision to the   PRETRIAL SERVICES FOR   ☐ Regular;   ☐ Strict;   ☑ As Directed
                    telephone number _____ , no later than _____ .
       ( ☐ )  (b)  continue or actively seek employment.
       ( ☐ )  (c)  continue or start an education program.
       ( ☐ )  (d)  surrender any passport to:   PRETRIAL SERVICES _____
       ( ☐ )  (e)  not obtain a passport or other international travel document.
       ( ☑ )  (f)  abide by the following restrictions on personal association, residence, or travel:   SDNY/EDNY/EDPA + points in between for travel onl
       ( ☐ )  (g)  avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including: _____
       ( ☐ )  (h)  get medical or psychiatric treatment: _____
       ( ☐ )  (i)  return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling, or the following purposes: _____
       ( ☐ )  (j)  maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.
       ( ☑ )  (k)  not possess a firearm, destructive device, or other weapon.
       ( ☐ )  (l)  not use alcohol ( ☐ ) at all ( ☐ ) excessively.
       ( ☐ )  (m)  not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
       ( ☐ )  (n)  submit to testing for a prohibited substance if required by the pretrial services office or supervising officer.  Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing.  The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.
       ( ☐ )  (o)  participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.
       ( ☑ )  (p)  participate in one of the following location restriction programs and comply with its requirements as directed.
                    ( ☐ )  (i)   **Curfew.** You are restricted to your residence every day ( ☐ ) from _____ to _____ , or ( ☐ ) as directed by the pretrial services office or supervising officer; or
                    ( ☐ )  (ii)  **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; or
                    ( ☑ )  (iii) **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court; or
                    ( ☐ )  (iv)  **Stand Alone Monitoring.** You have no residential curfew, home detention, or home incarceration restrictions.  However, you must comply with the location or travel restrictions as imposed by the court.
                          **Note:** Stand Alone Monitoring should be used in conjunction with global positioning system (GPS) technology.

AO 199B (Rev. 12/20)  Additional Conditions of Release                                    Keonne Rodriguez                        24-CR-82

## ADDITIONAL CONDITIONS OF RELEASE

( ☑ ) (q)  submit to the following location monitoring technology and comply with its requirements as directed:
    ( ☑ ) (i)  Location monitoring technology as directed by the pretrial services or supervising officer; or
    ( ☐ ) (ii)  Voice Recognition; or
    ( ☐ ) (iii)  Radio Frequency; or
    ( ☐ ) (iv)  GPS.

( ☐ ) (r)  pay all or part of the cost of location monitoring based upon your ability to pay as determined by the pretrial services or supervising officer.

( ☐ ) (s)  report as soon as possible, to the pretrial services or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

( ☑ ) (t)  _____

Agreed conditions of release: $1,000,000 personal recognizance bond; To be secured by property: 610 Wood Street, Harmony, PA 16037; To be co-signed by two financially responsible persons; Travel restricted to SDNY/EDNY/WDPA + points in between for travel only; Pretrial supervision as directed by pretrial services; Home Incarceration; Location monitoring technology as directed by pretrial services; Def. not to posses firearm/destructive devices/other weapons; Additional conditions of release: (i) Defendant is not to operate, work for, or perform services for Samourai Wallet. (ii) Defendant is not to engage in any cryptocurrency transactions, directly or indirectly, w/o prior approval of PTS and the Government. (iii) Defendant is to have no contact with his co-defendant, directly or indirectly, except in the presence of counsel. (iv) Defendant is not to open any bank accounts or lines of credit w/o prior approval of PTS; (v) Defendant is to reside at 610 Wood Street, Harmony, PA.;  Def. to be released on own signature; Remaining conditions to be met by: * All remaining conditions to be met w/in 72 hours, except that Defendant may have until May 14 to secure the bond with the home at 610 Wood Street;

Defense Counsel Name: **Sean Buckley**

Defense Counsel Telephone Number: **917-848-4810**

Defense Counsel Email Address: **Sean.Buckley@kobrekim.com**

AO 199C  (Rev. 09/08)  Advice of Penalties

# ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:  **Keonne Rodriguez**                           Case No.  **24-CR-82**

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year.  This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court.  The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed.  If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive.  In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

## Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release.  I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed.  I am aware of the penalties and sanctions set forth above.

Date:  04/29/2024

_____
*Defendant's Signature*  Keonne Rodriguez

☐ **DEFENDANT RELEASED**

_____
*City and State*

## Directions to the United States Marshal

(   ) The defendant is ORDERED released after processing.
(   ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release.  If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: _____

_____
*Judicial Officer's Signature*

_____
*AUSA's Signature*  David Felton/Andrew Chan

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL SERVICE   U.S. ATTORNEY   U.S. MARSHAL

AO 199C  (Rev. 09/08)  Advice of Penalties



**ORIGINAL**

Duration: 21 Minutes
Proceeding via: ☐ CourtCall ☐ AT&T ☑ In Person

DOCKET No. 24-cr-00082 (RMB) - 1          DEFENDANT Keonne Rodriguez

AUSA David Felton/Andrew Chan          DEF.'S COUNSEL Sean Buckley
                                       ☑ RETAINED ☐ FEDERAL DEFENDERS ☐ CJA ☐ PRESENTMENT ONLY

☐ _____ INTERPRETER NEEDED          ☐ DEFENDANT WAIVES PRETRIAL REPORT

        ☑ Brady Warning Given

☐ Rule 5 ☑ Rule 9 ☐ Rule 5(c)(3) ☐ Detention Hrg.     DATE OF ARREST 4/24/24 WDPA     ☑ VOL. SURR.
                                                       TIME OF ARREST 6:00 AM          ☐ ON WRIT
☐ Other: _____            TIME OF PRESENTMENT 2:04 PM

---

## BAIL DISPOSITION

                                                                          ☐ SEE SEP. ORDER
☐ DETENTION ON CONSENT W/O PREJUDICE     ☐ DETENTION: RISK OF FLIGHT/DANGER   ☐ SEE TRANSCRIPT
☐ DETENTION HEARING SCHEDULED FOR: _____
☑ AGREED CONDITIONS OF RELEASE
☐ DEF. RELEASED ON OWN RECOGNIZANCE          _(W.O.)_        _Bail_
☑ $1 million_____ PRB ☑ 2_____ FRP
☑ SECURED BY $_____ CASH/PROPERTY: 610 Wood Street, Harmony, PA 16037
☑ TRAVEL RESTRICTED TO SDNY/EDNY/~~EAD~~, Pa. + points in between for travel only
☐ TEMPORARY ADDITIONAL TRAVEL UPON CONSENT OF AUSA & APPROVAL OF PRETRIAL SERVICES
☐ SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS)

☑ PRETRIAL SUPERVISION: ☐ REGULAR ☐ STRICT ☑ AS DIRECTED BY PRETRIAL SERVICES
☐ DRUG TESTING/TREATMT AS DIRECTED BY PTS ☐ MENTAL HEALTH EVAL/TREATMT AS DIRECTED BY PTS
☐ DEF. TO SUBMIT TO URINALYSIS; IF POSITIVE, ADD CONDITION OF DRUG TESTING/TREATMENT
☐ HOME INCARCERATION ☐ HOME DETENTION ☐ CURFEW ☐ STAND ALONE MONITORING
☑ LOCATION MONITORING TECHNOLOGY AS DIRECTED BY PTS ☐ GPS
☐ DEF. TO PAY ALL OF PART OF COST OF LOCATION MONITORING, AS DETERMINED BY PRETRIAL SERVICES

☐ DEF. TO CONTINUE OR SEEK EMPLOYMENT [OR] ☐ DEF. TO CONTINUE OR START EDUCATION PROGRAM
☑ DEF. NOT TO POSSESS FIREARM/DESTRUCTIVE DEVICE/OTHER WEAPON

☐ DEF. TO BE DETAINED UNTIL ALL CONDITIONS ARE MET
☑ DEF. TO BE RELEASED ON OWN SIGNATURE, PLUS THE FOLLOWING CONDITIONS: _____
_____; REMAINING CONDITIONS TO BE MET BY: See below*

---

**ADDITIONAL CONDITIONS/ADDITIONAL PROCEEDINGS/COMMENTS:**

Additional conditions of release: (i) Defendant is not to operate, work for, or perform services for Samourai Wallet. (ii) Defendant is not to engage in any cryptocurrency transactions, directly or indirectly, w/o prior approval of PTS and the Government. (iii) Defendant is to have no contact with his co-defendant, directly or indirectly, except in the presence of counsel. (iv) Defendant is not to open any bank accounts or lines of credit w/o prior approval of PTS; (v) Defendant is to reside at 610 Wood Street, Harmony, PA.

*All remaining conditions to be met w/in 72 hours, except that Defendant may have until May 14 to secure the bond with the home at 610 Wood Street.

☑ DEF. ARRAIGNED; PLEADS NOT GUILTY          ☑ CONFERENCE BEFORE D.J. ON 5/14/24
☐ DEF. WAIVES INDICTMENT
☑ SPEEDY TRIAL TIME EXCLUDED UNDER 18 U.S.C. § 3161(h)(7) UNTIL 5/14/24

For Rule 5(c)(3) Cases:
☐ IDENTITY HEARING WAIVED          ☐ DEFENDANT TO BE REMOVED
☐ PRELIMINARY HEARING IN SDNY WAIVED          ☐ CONTROL DATE FOR REMOVAL: _____

---

PRELIMINARY HEARING DATE: _____ ☐ ON DEFENDANT'S CONSENT

**DATE:** 4/29/24                               _[signature]_
                                    UNITED STATES MAGISTRATE JUDGE, S.D.N.Y.