**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                         :
                Government,     :     24 CR. 82 (RMB)
                                         :
   - against -                          :     **ORDER**
                                         :
                                         :
KEONNE RODRIGUEZ,                        :
                                         :
                Defendant.      :
---------------------------------------------------------------x

The initial appearance scheduled for Tuesday, May 14, 2024 at 2:00 P.M. will take place in Courtroom 17B.

Dated: May 8, 2024
       New York, NY

*Richard M. Berman*
_____
RICHARD M. BERMAN
U.S.D.J.