# Arnold & Porter

Michael Krouse
+1 212.836.7750 Direct
Michael.Krouse@arnoldporter.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/4/24

___Modifications granted on___
___consent.___

June 3, 2024

SO ORDERED:
Date: 6/4/24       /s/ Richard M. Berman
                   Richard M. Berman, U.S.D.J.

**BY ECF AND ELECTRONIC MAIL**

Honorable Richard M. Berman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  *United States v. Keonne Rodriguez*, 24 Cr. 82 (RMB)

Dear Judge Berman:

We write on behalf of Keonne Rodriguez, the defendant in the above-referenced matter. Mr. Rodriguez's bail conditions currently require home incarceration. Having conferred with the Government and Pretrial Services, we respectfully request that this requirement be modified to home detention under the supervision of Pretrial Services. We also propose that the home be defined to include the curtilage, so that Mr. Rodriguez can go outside to his front porch, front yard, and fenced-in back yard without having to obtain advance permission. The Government and Pretrial Services both consent to this proposal.

Respectfully submitted,

/s/ Michael Kim Krouse

Michael Kim Krouse

cc:   AUSA Andrew Chan
      AUSA David Felton

---

Arnold & Porter Kaye Scholer LLP
250 West 55th Street | New York, NY 10019-9710 | www.arnoldporter.com