**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                  :
                                            :
                       Government,   :   24 CR. 82 (RMB)
                                            :
      - against -                         :   **ORDER**
                                            :
                                            :
KEONNE RODRIGUEZ,                          :
WILLIAM LONERGAN HILL,                     :
                                            :
                 Defendant(s).          :
---------------------------------------------------------------x

       The status conference scheduled for Tuesday, September 17, 2024 at 1:00 P.M. will take place in Courtroom 17B.

Dated: September 10, 2024
       New York, NY

                                                RICHARD M. BERMAN
                                                U.S.D.J.