**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
UNITED STATES OF AMERICA,                            :
                                                     :
                              Government,     :     24 CR. 82 (RMB)
                                                     :
      - against -                                   :     **ORDER**
                                                     :
                                                     :
KEONNE RODRIGUEZ,                                    :
WILLIAM LONERGAN HILL,                               :
                                                     :
                          Defendant(s).   :
---------------------------------------------------------------x

        The status conference scheduled for Tuesday, March 18, 2025 at 11:30 A.M. will take place in Courtroom 17B.

Dated: March 12, 2025
       New York, NY

                                             _____
                                               RICHARD M. BERMAN
                                                   U.S.D.J.