UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>Keonne Rodriguez, *and*<br>William Lonergan Hill,<br><br>Defendants. | **Notice of Appearance**<br><br>No. 24 Cr. 82 (RMB) |

To:    Clerk of Court
         United States District Court
         Southern District of New York

The undersigned attorney respectfully requests that the Clerk of Court note her appearance in this case and add her as a Filing User to whom Notices of Electronic Filing will be transmitted.

Respectfully submitted,

MATTHEW PODOLSKY
Acting United States Attorney for the
Southern District of New York

Dated: New York, New York
        March 17, 2025

By: /s/ Cecilia E. Vogel
     Cecilia E. Vogel
     Assistant United States Attorney
     Tel.: 212-637-1084
     Email: cecilia.vogel@usdoj.gov