# CRIMINAL MEMORANDUM TO DOCKET CLERK

This form shall be returned to the docketing section, upon completion of a Hearing or Trial, or on the last day of the Calendar Month, when the action is continued to the following month. Should the Hearing or Trial continue for two or more weeks, this form should be submitted on a weekly basis.

BEFORE: Richard M. Berman, U.S.D.J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

USA ,

                                                Docket No.  24 CR 82   (RMB)

                        Government.
          -against-

KEONNE RODRIGUEZ,
WILLIAM HILL,
                      Defendant(s)
---------------------------------------------------------------X

**Select the type of Hearing or Trial.**

| | | | |
|---|---|---|---|
| [ ]Allocution Hearing | [ ]Evidentiary Hearing | [ ]Material Witness Hearing | [ ]Removal Hearing |
| [ ]Appearance Through Counsel | [ ]Extradition Hearing | [ ]Motion Hearing | [ ]Revocation of Probation - |
| [ ]Appearance Without Counsel | [ ]Fatico Hearing | [ ]Nara Report Hearing |    Final Hearing |
| []Arraignment | [ ]Forfeiture Hearing | [ ]Nebbia Hearing | [ ]Violation of Supervised |
| [ ]Attorney Appointment Hearing | [ ]Franks Hearing | [ ]Omnibus Hearing |    Release |
| [ ]Bench Trial | [ ]Hearing Out of Jury Presence | []Oral Argument | [ ]Rule 44(c) Hearing |
| [ ]Bond Forfeiture Hearing | [ ]Hearing re Pro Se Status | [ ]Plea Agreement Hearing | []Scheduling Conference |
| [ ]Bond Hearing | [ ]In Camera Hearing | [] Plea | [] Sentence |
| [ ]Bond Revocation Hearing | [ ]In Chambers Conference | [ ]Preliminary Examination | [ ]Show Cause Hearing |
| []Change of Plea Hearing | [ ]Initial Appearance | [ ]Preliminary Revocation | [X]Status Conference |
| [ ]Competency Hearing | [ ]Initial Appearance - |    Hearing | [ ]Suppression Hearing |
| [ ]Contempt Hearing |    Revocation Proceedings | [ ]Pretrial Conference | [ ]Telephone Conference |
| []Curcio Hearing | [ ]Initial Appearance - Rule 40 | [ ]Pro Se (Faretta) Hearing | [ ]Trial Ready Hearing |
| []Detention Hearing | [ ]James Hearing | [ ]Psychiatric Report | [ ]Voir Dire |
| [ ]Discovery Hearing | [ ]Jury Selection |    Hearing | []Other (Please Specify) |
| [ ]Dispositional Hearing (Juvenile) | []Jury Trial | [ ]Remand Hearing | |

    [ ]Began    [x] Held    [ ]Continued    [ ]Completed    [ ]Scheduled for

Date: 3/18/25   Time: 11:34 am   Duration: 6 minutes

3/18/25      AUSA Cecilia Vogel present;
             AUSA David Felton present;
             Defendant Rodriguez present with defense attorney Michael Krouse;
             Defendant William Hill present with defense attorney Roger Burlingame;
             Court Reporter Doug Colavito present;
             status conference held;
             motion schedule set as follows:
             defense motion by 5/9/25;
             government response by 6/6/25;
             defense reply by 6/20/25;
             oral argument, if necessary, scheduled for 7/16/25 at 10:00 am;
             defense counsel Burlingame requests that Mr. Hill's appearance be excused for further conferences;
             Court requests that counsel for Hill submit an application prior to the next court date;
             speedy trial time is excluded pursuant to 18 USC 3161(h)(7)(A) and (B) for the reasons stated on the record;
             see transcript of proceedings held for a complete record.

Submitted by      C. Murray
Deputy Court Clerk

The above information is required for the JS 6 report to the AO.