UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- v. –

KEONNE RODRIGUEZ and
WILLIAM LONERGAN HILL,

Defendants.

24 Cr. 82 (RMB)

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that William T. Sharon hereby appears on behalf of Keonne Rodriguez in the above-captioned action, certifies that he is admitted to practice in this Court, and further requests that copies of all papers in this action be served on the undersigned at the address below.

Dated:   May 29, 2025

**ARNOLD & PORTER KAYE SCHOLER LLP**

/s/ William T. Sharon
William T. Sharon
ARNOLD & PORTER
  KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019-9710
(212) 836-8000
William.sharon@arnoldporter.com