UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    - v. –

KEONNE RODRIGUEZ and
WILLIAM LONERGAN HILL,

                  Defendants.

24 Cr. 82 (RMB)

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Maya A. Kouassi hereby appears on behalf of Keonne Rodriguez in the above-captioned action, certifies that she is admitted to practice in this Court, and further requests that copies of all papers in this action be served on the undersigned at the address below.

Dated:    May 29, 2025

**ARNOLD & PORTER KAYE SCHOLER LLP**

    */s/ Maya A. Kouassi*
Maya A. Kouassi
250 W. 55th Street
New York, New York 10019
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
Maya.Kouassi@arnoldporter.com

*Attorney for Defendant Keonne Rodriguez*