UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>KEONNE RODRIGUEZ and<br>WILLIAM LONERGAN HILL,<br><br>                      Defendants. | NOTICE OF MOTION TO ADMIT ANTHONY J. FRANZE AS COUNSEL *PRO HAC VICE*<br><br>No. 24 Cr. 82 (RMB) |

      PLEASE TAKE NOTICE that upon the annexed affidavit of Anthony J. Franze in support of this motion and the Certificate of Good Standing annexed thereto, I, Anthony J. Franze, will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Court for the Southern District of New York for an order allowing the admission of movant, a member of the firm of Arnold & Porter Kaye Scholer LLP and a member in good standing of the Bar of the District of Columbia, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for Defendant Keonne Rodriguez. There are no pending disciplinary proceedings against me in any state or federal court.

Dated:    May 29, 2025

                                                    /s/ Anthony J. Franze
                                                    Anthony J. Franze
                                                    ARNOLD & PORTER
                                                    KAYE SCHOLER LLP
                                                    601 Massachusetts Avenue, N.W.
                                                    Washington, D.C. 20001
                                                    Tel: (202) 942-5000
                                                    Anthony.Franze@arnoldporter.com

                                                    *Attorney for Defendant Keonne Rodriguez*