# Exhibit A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA, | **AFFIDAVIT IN SUPPORT OF APPLICATION FOR ADMISSION PRO HAC VICE OF ANTHONY J. FRANZE** |
| v. | |
| KEONNE RODRIGUEZ and WILLIAM LONERGAN HILL, | |
| Defendants. | **No. 24 Cr. 82 (RMB)** |

I, Anthony J. Franze, being duly sworn, hereby depose and say:

1. I am counsel with the law firm of Arnold & Porter Kaye Scholer LLP.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the Bar of the District of Columbia.

4. There are no pending disciplinary proceedings against me in any state or federal court.

5. I have never been convicted of a felony.

6. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

7. Attorney Registration Number: District of Columbia (461023).

8. Wherefore, affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in Case No. 24 Cr. 82 (RMB), for Defendant Keonne Rodriguez.

*Anthony J. Franze*

Anthony J. Franze
ARNOLD & PORTER
KAYE SCHOLER LLP
601 Massachusetts Avenue, N.W.
Washington, D.C. 20001
Tel: (202) 942-5000
anthony.franze @arnoldporter.com

STATE OF TEXAS          §
                        §
COUNTY OF HARRIS        §

    Anthony J. Franze personally appeared before me, and being first duly sworn

declared that he signed this application in the capacity designated, if any, and further states that

he has read the above are true. SWORN TO AND SUBSCRIBED BEFORE ME on the 27th

day of May, 2025.

(Personalized Seal)



Notary Public, State of Texas
My Commission expires: January 30, 2028

GRACE OJIONUKA
Commission No. 128661544
My Comm. Expires Jan 30, 2028

Notarial Act Performed by Audio visual communication

- 2 -