# Exhibit C

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ORDER FOR ADMISSION OF ANTHONY J. FRANZE AS COUNSEL *PRO HAC VICE* |
| v. | |
| KEONNE RODRIGUEZ and WILLIAM LONERGAN HILL, | No. 24 Cr. 82 (RMB) |
| Defendants. | |

Pursuant to Local Rule 1.3(c) of the United States District Court for the Southern District of New York and upon the affidavit of Anthony J. Franze, it is

ORDERED that Anthony J. Franze, a member of the Bar of the District of Columbia, is hereby admitted to the Bar of this Court *pro hac vice*.

Dated: _____, 2025

SO ORDERED:

_____
Hon. Richard M. Berman
United States District Judge