UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>-against-<br><br>KEONNE RODRIGUEZ and WILLIAM LONERGAN HILL,<br><br>                          Defendants. | Case No.: 24 CR. 82 (RMB) |

## DEFENDANTS' NOTICE OF MOTION TO DISMISS INDICTMENT

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law the undersigned will move this Court before the Honorable Richard M. Berman, in Room 17B of the United States District Court, 500 Pearl Street, New York, New York 10007, for an order dismissing the Superseding Indictment.

PLEASE TAKE FURTHER NOTICE that upon prior order of the Court, answering papers, if any, shall be served on or before June 26, 2025, and any reply papers shall be served on or before July 10, 2025, with argument to be heard on July 22, 2025, at 1:00 p.m.

Dated: May 29, 2025                                          Respectfully submitted,

| | |
|---|---|
| */s/ Roger A. Burlingame* | */s/ Michael Kim Krouse* |
| Roger A. Burlingame | Michael Kim Krouse |
| Matthew L. Mazur | William T. Sharon |
| DECHERT LLP | Maya Kouassi |
| Three Bryant Park | ARNOLD & PORTER |
| 1095 Avenue of the Americas |    KAYE SCHOLER LLP |
| New York, NY 10036 | 250 West 55th Street |
| (212) 698-3500 | New York, NY 10019-9710 |
| roger.burlingame@dechert.com | |

matthew.mazur@dechert.com

*Counsel for Defendant William Lonergan Hill*

(212) 836-8000
michael.Krouse@arnoldporter.com

Anthony J. Franze (*pro hac vice* pending)
ARNOLD & PORTER
  KAYE SCHOLER LLP
601 Massachusetts Avenue, NW
Washington, DC 20004
(202) 943-6479
anthony.franze@arnoldporter.com

Counsel *for Defendant Keonne Rodriguez*