UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

KEONNE RODRIGUEZ and
WILLIAM LONERGAN HILL,

                Defendants.

ORDER FOR ADMISSION OF
ANTHONY J. FRANZE AS COUNSEL
*PRO HAC VICE*

No. 24 Cr. 82 (RMB)

Pursuant to Local Rule 1.3(c) of the United States District Court for the Southern District of New York and upon the affidavit of Anthony J. Franze, it is

ORDERED that Anthony J. Franze, a member of the Bar of the District of Columbia, is hereby admitted to the Bar of this Court *pro hac vice*.

Dated: June 3, 2025

SO ORDERED:

*RMB*

Hon. Richard M. Berman
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/3/25