AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

| United States | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 24 Cr. 82 (RMB) |
| Rodriguez, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Amici Curiae: DeFi Education Fund and Blockchain Association.

Date: 07/03/2025

/s/Daniel M. Vitagliano
*Attorney's signature*

Daniel M. Vitagliano,* 5856703
*Printed name and bar number*

1600 Wilson Blvd, Suite 700
Arlington, VA 22209
*Address*

dvitagliano@consovoymccarthy.com
*E-mail address*

(703) 243-9423
*Telephone number*

*FAX number*

[Print]  [Save As...]  [Reset]

***Supervised by principals of the firm admitted to practice in Virginia**