UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,                  :
                                           :
                        Government,       :        24 Cr 82 (RMB)
                                           :
        - against -                       :        **ORDER**
                                           :
KEONNE RODRIGUEZ,                          :
WILLIAM LONERGAN HILL,                     :
                        Defendants.       :
------------------------------------------------------------x

The Court will hold an arraignment on the S3 Indictment on July 22, 2025 at 1:00 pm in Courtroom 17 B, 500 Pearl Street, New York, New York 10007. Oral argument and further submissions, if any, will be scheduled at date(s) to be determined.

Dated: New York, New York
         July 8, 2025

                                                            _____
                                                            RICHARD M. BERMAN, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/8/25