```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
UNITED STATES OF AMERICA,            :    24cr82(DLC)
                                     :
          -v-                        :    ORDER
                                     :
KEONNE RODRIGUEZ and WILLIAM LONERGAN :
HILL,                                :
                                     :
                    Defendants.      :
                                     :
-------------------------------------X
```

DENISE COTE, District Judge:

This case having been reassigned to me for all purposes, it is hereby

ORDERED that the arraignment on the S3 Indictment scheduled for July 22, 2025 is moved to 2:00 PM on the same date in Courtroom 18B, 500 Pearl Street.

IT IS FURTHER ORDERED that all parties shall promptly provide this Court with two copies of their papers filed in connection with any motions currently pending in this case.

Dated:    New York, New York
          July 9, 2025

                                    _____
                                           DENISE COTE
                                    United States District Judge