**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

Jacob K. Javits Federal Building
26 Federal Plaza, 37th Floor
New York, New York 10278

July 14, 2025

**BY CM/ECF**
The Honorable Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: *United States v. Keonne Rodriguez and William Lonergan Hill*, S3 24 Cr. 82 (DLC)**

Dear Judge Cote:

The Government respectfully writes with the consent of the defendants to request that the Court exclude time under the Speedy Trial Act until the upcoming arraignment on July 22, 2025. (Dkt. 122). As background, Judge Berman previously excluded time through July 16, 2025, which was originally the date of the next Court conference. (Dkt. 77). But after the July 16 conference was adjourned to July 22, 2025, the parties never sought the exclusion of time until that date. (Dkt. 85). Accordingly, the Government respectfully requests that time be excluded until July 22, 2025 pursuant to 18 U.S.C. § 3161(h)(7)(A), and respectfully submits that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial because the time will allow for the defendants to continue to review discovery, prepare for trial, and discuss a potential pre-trial disposition. Counsel to the defendants consents to the exclusion of time.

Respectfully submitted,

NICOLAS ROOS
Acting Deputy United States Attorney,
Attorney for the United States,
Acting Under Authority Conferred by
28 U.S.C. § 515

By: /s/
Andrew K. Chan
David R. Felton
Cecilia Vogel
Assistant United States Attorneys
Tel: (212) 637-1072 / 2299 / 1084

cc: All Counsel of Record