# Exhibit B

*Lauren Rodriguez*



**10 October 2025**

The Honorable Denise L. Cote
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

**RE: United States v. Rodriguez, No 1:24-cr-00082**

Dear Judge Cote,

      I am the wife of Keonne Rodriguez. On November 16th we will have been married for six years, but together as a couple for over twelve. I am the person best suited to speak to who he is and his character, due to us having spent the majority of every hour together over the last twelve years.

Keonne's overarching characteristic is morality, and the conviction to do what is right, even when inconvenient, or costly. There have been numerous occasions during our life together where he has gone out of his way to help a complete stranger or animal before I have had time to register what was happening. I recall one day as we were driving back home from an outing in Franklin, PA, Keonne slowed the car down and pulled over on the side of the road. I didn't notice the pregnant woman walking on the sidewalk clearly struggling to carry her groceries home. Keonne did notice her, and he stopped the car and offered her a ride, drove her home, and carried her groceries to her front door. Keonne is keenly aware of his surroundings, he knows when there is a hardship or an injustice, and he always steps in to help if he can. I have witnessed him give people who society would write off an opportunity. I have watched him spend a whole day rescuing a baby swan who got separated from it's parents. I have watched him gain the trust of a feral cat over a period of six months to rescue it, and when the time came to move back to the United States from England, pay the thousands of dollars required to fly that same cat over. I watched him rescue a stray neglected dog on a trip to West Virginia, who is now a treasured family pet. There are many small - he would probably say insignificant - acts that I have witnessed that demonstrate his true character and why I love him.

I am fully aware that Keonne has pleaded guilty to operating an unlicensed money service business and is stated that criminals used the software that Keonne and Bill created, and that Keonne and Bill did not stop them from using the software. Keonne has taken responsibility for his part in making the software and running a company that criminals used illegally, and has gone further by recognizing that ignorance of the law is no excuse, and that he should have done more to prevent and deter bad actors from using his software.

1

Keonne is not a law breaker by character, he values and respects the law. He is now a convicted felon, but he does not have a criminal mind. He has often told me he regrets not going to University as a young man, as he would have loved to pursue a career in law. The book he says shaped his world view as a teenager was "The Law" by Frederic Bastiat. It is true that he has fallen foul of the law and is prepared to take whatever punishment you decide is appropriate for him. During this lengthy process he has not skirted away from responsibility, he has not cried out that this is unfair, instead he has spent time trying to prepare me for the consequences of his actions.

Keonne has always had a heart for the marginalized of the world, and has been using this time before sentencing to work on behalf of victims of cryptocurrency crimes to trace the movement of their funds, with the hope of recovering their assets. From the time he wakes up until the late evening hours he is spending his time attempting to help the victims of financial crimes get justice. This is an area where there is often too little recourse for victims, and one in which he is uniquely qualified to help. As we have discussed our future plans together, Keonne has told me he wants to continue doing this kind of work once his sentence is served. I believe he can be a greater asset contributing to society, and advocating for victims than he can be by simply being incarcerated.

Keonne genuinely cares about injustice and hates hypocrisy. Although he has limited formal education, he is a life long learner, reads veraciously, and is always excited to share something new he has learned. He is intensely loyal, hardworking, and has a playful sense of adventure that not enough people get to experience. He is my rock, my best friend, the person I turn to and share everything with. He has been my encourager and supporter when I doubt myself, and the first one to celebrate my achievements. I could go on and on about what Keonne means to me, the positive impact he has had on my life, and the lives of people who have been blessed to know him, but I know it means little reading the words, and am just sad that there isn't the opportunity for you to know the man.

Your Honor, what my intent is with this letter, is to request that you see past what the Government is asking in regards to punishment for the admitted crime, and allow for Keonne to continue in his current capacity helping victims. The two purposes of any sentence are the punishment for the crime and the rehabilitation for the wrongdoer. The punishment can either be for a purpose or for retribution. The purposeful punishment is generally thought of by way of deterrence, well I can assure you, that this entire first interaction with the justice system has been enough deterrence for multiple lifetimes. As to punishment as retribution, I believe in this case, Austin McCormick, the esteemed criminologist and prison reformer, stated it best in his article in the Journal of Criminal Law and Criminology 1950, *"(…) if it were possible to use the prison as an instrument of retributive punishment with exactitude and justice, its use for such a purpose would defeat the achievement of so many more worthy purposes that the net result to society would not be gain but loss, not benefit but injury."*. As to rehabilitation, by the DOJ's own website, prison is used to help rehabilitate inmates who have mental health needs, substance abuse issues, educational and life-skill development and a need for restorative justice programs. This is not the case with Keonne. I know you will be receiving a report on these topics, but to reiterate what it will say; this is the only interaction Keonne has ever had with law enforcement of any kind, he has no history of violence, substance abuse, or mental health ailments, and has demonstrated complete compliance with pretrial services every step of the way - home incarceration, home detention, and curfew restrictions.

Keonne is best placed to benefit and repay society as a whole not by being locked away, but by continuing to do the investigations for victims of crime that he is uniquely skilled at. I plead with the court to show mercy to the man I love.

Sincerely,

Lauren Emily Rodriguez

Tanya Scott



**October 20, 2025**

Honorable Denise L. Cote
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

**RE: United States v. Rodriguez, No 1:24-cr-00082**

Dear Judge Cote,

Thank you for taking time to read this letter about my beloved son, Keonne Rodriguez.

Keonne has been honest with me about this federal case from the beginning. He took full responsibility for his actions and made no excuses to me. He explained that pleaded guilty to breaking the law while running his company, Samourai Wallet. I know Keonne did not start his company intending to violate the law. Still, my son learned hard lessons during this process. He knows where he crossed a line and sees how his technology enabled some dangerous people to make transactions.

My son has always been a hard-working, law-abiding person. He was a very bright child who did well in his school's gifted and talented program. When he was about ten years old, a bacterial infection put Keonne in the hospital for over six weeks. No one knew what was wrong with him for a long time. Doctors saw lesions on his liver and spleen. Keonne lost twenty percent of his body weight. I'll never forget how well my son handled the stress and uncertainty of that illness. He was polite to the nurses and doctors. He stayed calm even when his parents were afraid. Keonne was very secure in himself as a child and is still that way today.

As a teenager, Keonne helped me around the house after his father and I divorced. I worked multiple jobs at that time to pay the bills. Keonne was aware of that and showed his gratitude. Often, he took the initiative to set the table, cook dinner, or do other household chores. He respected me and showed his love, even as I struggled to make ends meet.

I moved home to London when Keonne was a teenager. He eventually joined me there for several years. By then, Keonne knew enough about technology to find work then become self-employed. He built an independent, productive life based on his own hard work and self-taught knowledge. I was proud of him for finding his own way in what, for him, was a foreign country.

Keonne moved back to America to live near his wife's family in Pennsylvania. They have a created beautiful home and established strong connections to their community. Looking ahead, Keonne wants to use this difficult experience to help others make better decisions than he did in this case. He is already working with a law firm to help victims of cryptocurrency scams. My son has voluminous knowledge about our new world of AI and internet finance. I am absolutely certain he will put that knowledge to good purpose in the coming years.

Your Honor, my son pleaded guilty because he knows what went seriously wrong at Samourai Wallet. Of course, he never wanted his company to cause any kind of harm or support any kind of criminal activity. That is simply not in Keonne's nature. My son will accept his punishment with humility and make full amends for actions. He knows he is just beginning his journey of atonement and reconciliation.

I love my son very much and am very proud to stand with him today. Please consider handing down the most lenient possible sentence to Keonne.

With respect,

Tanya Scott

José Rodriguez



**October 23, 2025**

Honorable Denise L. Cote

United States District Judge

Southern District of New York

Daniel Patrick Moynihan U.S. Courthouse

500 Pearl Street

New York, NY 10007-1312

**RE: United States v. Rodriguez, No 1:24-cr-00082**

Dear Judge Cote,

My name is José Rodriguez and Keonne Rodriguez is my son. I was very surprised and heartbroken when I found out about Keonne's case. I never imagined I would see my own son in a serious situation like this. I respected Keonne for taking responsibility for operating an illegal money transmitting business. He knows he has a duty to follow the law and that he failed to do that at his crypto company.

Growing up in Florida, Keonne did very well in organized activities. He joined the Royal Rangers which is like the Boy Scouts at our church. That group went camping to learn outdoor skills and pray together. At Trinity Church, Keonne joined in the youth group which organized their own meetings and ministries. Later, he participated in the Miami Beach Police Athletic League (PAL) leadership conference and was elected as Sergeant At Arms of the Youth Executive Committee of the Police Athletic League at age 14. In his role of Sergeant At Arms he learned the proper way to run a meeting by reading Robert's Rules of Order.  The PAL mission is to teach morals and civics while building positive relationships with law enforcement. As I recall, Keonne went to Washington D.C. with the PAL Youth Executive Committee to see our nation's capital, meet his congressman, and learn more about our Constitution.

Keonne learned computer skills on his own. He is a productive, problem-solver who works hard until the job is done. When he was in 8th grade, Keonne started a business making websites (including a health and wellness website for Ford Motor Company and an interactive website for the Miami Beach branch of the United States Lifesaving Association). Keonne moved to the United Kingdom when he was about 16. By then, he could build and manage any kind of advanced website. A British travel company hired him to manage their website. My son was always a self-

educated self-starter. If Keonne wants to build something or learn something, he will put in the effort to make it happen.

About five years ago, Keonne was there for me during my early moments of a cancer diagnosis. He took me to my MRI. He came to my first oncologist appointment with me. I was overwhelmed and emotional and couldn't really focus on everything the doctor was telling me. I was very glad (and lucky) that Keonne was there. We talked things out and went over the treatment plan together. It made all the difference to me for Keonne to be there at a frightening moment in my life.

Two months before his arrest, Keonne was back in Florida to visit me. I had not heard from a good friend and tenant of mine. So, Keonne went with me to check on him. Keonne and I

searched the house until we found my friend, who had suffered a fatal health event. I told Keonne to go enjoy his visit and that I would take care of things. Keonne insisted on staying with me until first responders finished their work. I was in shock having lost my friend. Again, like when I got my cancer diagnosis, Keonne comforted me when I needed it. He was there at just the right time doing just the right thing to support his dad.

Keonne is sorry about breaking the law with Samourai Wallet. I'm sure he wanted to create a new way to make something good happen with technology. That's what he has done many times before. Keonne wants good things to happen for people. He is a helpful and respectful young man. In this case, his plans for his company did not follow the law. He pleaded guilty because he understands he crossed a line and respects the importance of the law, especially in a new area like crypto.

A law firm recently hired Keonne to consult on crypto scam cases. From what I understand, Keonne will help victims of scams recover their lost funds. Keonne has valuable expertise in this area that he wants to use to help people. He definitely has skills that will help him find future work while making amends for his bad choices in this case. In my opinion, Keonne could write a book to help people make better decisions than he did and help lawmakers make good rules and regulations.

Your Honor, I believe that in any adversity there is always a blessing if you look for it. Keonne is committed to making amends and rebuilding for a better future. I have total faith in my son. I believe God has a plan for Keonne to make the world a better place. In my heart, I know Keonne's best days are ahead of him.

Sincerely,

José M. Rodriguez

Jeffrey N. Fyock

██████████████
█████████████████████████████
████████████████████

October 1, 2025

The Honorable Denise L. Cote
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

**Re: United States v. Rodriguez, No 1:24-cr-00082**

Dear Judge Cote,

I am writing this character letter on behalf of Keonne Rodriguez, whom I have known for over twelve years, since he began dating my daughter and their subsequent marriage nearly five years ago. I am a retired corporate executive from a leading technology company, men's ministry facilitator and community leader.  In those capacities over the past forty years, I have taken pride in identifying early in hiring and selection processes as well as in managerial and mentoring roles, character and capability traits that would ultimately determine a person's commitment, behavior, and conduct in their role within the job and or community.  The model for this forecast analysis was and has been adopted broadly both in corporate and municipal environments, proving it's accuracy and worth over time.  I write to you today to provide insight into Keonne Rodriguez's character and to respectfully ask for your consideration of the person I know him to be beyond this criminal matter.


I am aware that Keonne has pleaded guilty to Conspiracy to Operate an Unlicensed Money Transmitting Business. I respect the court's process and understand that he must face the consequences of these actions. I do not write to minimize the seriousness of the offense or to excuse what happened. Instead, I hope to provide you with a fuller picture of Keonne as a human being, husband and family member.

Throughout our twelve year relationship, I have witnessed Keonne demonstrate many positive qualities, including selflessness, a high capacity for learning and work, responsibility, loyalty, caring and empathy and commitment to family.   For example, he has been an outstanding example of someone who works hard at his tasks, putting in very long hours to complete projects, and at the same time, making additional time to provide help for community organizations needs, such as newsletter support and graphic designs.

Also, without question or exception, Keonne has been highly valued, respected and loved member of our family, and his participation family gatherings is cherished.  And back to my experience evaluating talent, including character and expected contributions, I of course applied that against Keonne as a future partner for my daughter. When he asked for my blessing to marry her, I gave it without hesitation and have yet to regret it.

Virtually immediately since this situation began, I have observed Keonne take responsibility for his actions.  He expressed to me, as his father-in-law, his deep remorse for having done harm to his wife's and his family's life

and future.  He understood that mistakes were made and committed that going forward he would do what was necessary to rectify the situation and put himself into a better position to do the right things in the future.  He sought guidance as to how he could give back to the community to help others get and stay within the right path in their lives by being a mentor, speaker and communicator of his own errors and the impact that they have had on his life and the lives of others.   The person I see today is someone who genuinely understands the gravity of  his mistakes and is committed to making amends.

Please understand that Keonne has a strong support system of people who love him and want what's best for his future. I am committed to continuing to provide mentorship, accountability, and family love. He has job opportunities, including providing systems and technology skills to one of the law firms who represented him and they learned during their interactions of his high intellect and strong work ethic.

Further more, Keonne has family obligations, to his wife of five years.  In fact, the very day of his arrest, Keonne and Lauren were scheduled for an invitro fertilization procedure.  We've all been praying for them to have a baby for quite a while.  Clearly with the events that followed that day, those plans were stopped.  As you might suspect, this is a severely impactful matter for Keonne and Lauren, as well as for her mother and me.  And it's very important to add that Keonne is the last of his bloodline on his mother's side of the family.  He's very close with her, and perhaps even more so with his grandmother.  This situation has created a crushing blow for her, and Keonne knows it and is aware of his role in it.  Undoubtedly he will do what it takes to rectify things and keep a clear path ahead, so if in the near term, they do have the opportunity again to pursue the dream of having a baby, nothing will jeopardize it.

Your Honor, I respectfully ask that you consider the person I have described when determining Keonne Rodriguez's sentence. While I understand that justice must be served, I believe that he represents someone who can and has learned from this experience and continue to contribute positively to our community. I believe that [specific request - treatment programs, community service, supervised release, etc.] would allow him to continue the positive changes he has already begun while still being held accountable for his actions.

Thank you for your time and consideration. Please feel free to contact me if you require any additional information.

Respectfully submitted,


Jeff Fyock
Father In Law

---

Bina Fyock



October 3, 2025

The Honorable Denise L. Cote
United State District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY. 10007-1312

**Re: United States v. Rodriguez, No 1:24-cr-00082**

Dear Judge Cote,

I am writing this character letter on behalf of Keonne Rodriguez, whom I have know since 2013 as his mother-in-law.  I am a retired personal trainer and a former teacher, social worker and sales person.  So I have experience in dealing with many different types of people in many different capacities. I am writing to ask for your consideration of Keonne's character as a wonderful man and son-in-law.

In the 12 years I have known Keonne, I have seen him demonstrate a remarkable work ethic. Working tirelessly all hours of the day and night to provide for our daughter, build his business and provide good jobs and work environment for his employees.

He has been a wonderful husband to our daughter.  I can't imagine having a better partner for my daughter nor could I ask for a better son-in-law.  I think more of him as a son.  He is always considerate of her and treats her and everyone with the upmost respect.

In pleading guilty, his main concern was for our daughter and how he would provide for her.  His other great concern was for his business partner, William Hill and his age and how all of this would effect him and his wife.  He really didn't show concern for himself at all, but wanted to do what was best for our daughter and his business partner.  In this, he displayed and continues to display the character of a truly selfless person.

Bina Fyock

*Richard Messitt*



**26 September 2025**

The Honourable Denise L. Cote

United States District Judge

Southern District of New York

Daniel Patrick Moynihan United States Courthouse

500 Pearl Street

New York, NY 10007-1312

**RE: United States v. Rodriguez, No 1:24-cr-00082**

Dear Judge Cote,

My name is Richard Messitt, and I am writing to you on behalf of Keonne Rodriguez to share my experience of having interacted with him.

I don't know Keonne well, we have never met, and we've shared no more than handful of messages to one another. I can't claim to know a lot about Keonne's character given our scant interactions, but what I can tell you is that Mr Rodriguez made a lasting and positive impact on my life when I needed it most. I would like to share that story with you:

My father and I have been Bitcoin users for close to 12 years, having discovered it in late 2013. We were quick to recognise that it would reshape global finance and the world's understanding of what money is and what it should be. To that end, both my father and I used it as our primary vehicle for saving money and preparing for our future.

Along this journey my father and I got almost everything right. We managed to keep hold of our Bitcoin for more than a decade because we understood the importance of taking full selfcustody of our funds. When the exchange we used to buy Bitcoin, Mt Gox, was hacked, we didn't suffer any losses because we held the private keys to our Bitcoin ourselves.

Unfortunately, our good fortune didn't last. What we didn't realise is that the MT Gox hack would come back to haunt us. It never occurred to us that when MT Gox was hacked, the attackers would make off with more than just the Bitcoin held there. They also stole all the Know Your Customer (KYC) data held there as well which would end up proliferating its way around the dark web. Unbeknownst to us, the personal details of both my father and I

including our names, home addresses, and the Bitcoin addresses we withdrew our coins to were now accessible to any bad actor that might come across them. Given we had accumulated a significant sum of Bitcoin, Mt Gox's failure to protect our personal data painted a very large target on our back for bad actors that would later seek to steal our Bitcoin.

In 2023 disaster struck. The details aren't relevant but armed with our personal data hackers were able to target us, find weaknesses in our security, and access the private keys to mine and my father's Bitcoin wallets. They drained them completely. My father's retirement and my entire life savings gone in an instant.

The impact this had on us both was significant. We both watched helplessly as 10 years of hard work, diligence and delayed gratification evaporated in front of us. It's hard to explain how that feels. Every hour of labour expended, every project you've ever worked on, and every plan you'd made for the future stolen forever. It felt like someone had stolen 10 years of our lives.

The overwhelming feeling you have in a situation like this is helplessness. There is no Bitcoin helpdesk, transactions can't be reversed by a bank and there is nobody coming to save you. I tried my best in vain to track the funds, but despite a good understanding of Bitcoin, I don't possess the specialist skills to be able to make any meaningful progress. The hackers had used the mixing service Wasabi, and I could no longer try and trace where our stolen funds had been sent. All was lost.

It was then, at our lowest ebb, that I had my first interaction with Mr Rodriguez. When news spread across the community about what had happened, Keonne reached out to help completely unprompted. Using his advanced knowledge of chain analysis and mixing services he was able to provide us with detailed information about how our funds were moving through the blockchain. With time being an important factor in these kinds of situations it was clear that Mr Rodriguez had dropped everything to help us, and the effort he put into this should not be understated. He put in hours of complex, tedious and highly skilled work just to help a father and son, whom he had never met just because it was the right thing to do.

To receive this kind of help from a complete stranger had a profound effect on both me and my father. Having given up hope we were in a very dark place, an event like this can make you lose all faith in humanity. Thankfully Mr Rodriguez's selfless act of kindness restored it. His efforts made us feel less helpless and gave us the will to go on. Had he not reached out, I'm not sure what foolish things I may have done given my state of mind at the time.

Mr Rodriguez' efforts also played a significant role in supporting the criminal investigation that followed. His work was shared with the Metropolitan Police Central Specialist Crime division in the UK where we reside and contributed significantly to the investigation, both by enabling to explain what had happened and allowing the authorities to track the movement of our stolen funds more efficiently.

We will be forever grateful to Mr Rodriguez for not just helping recover some of what was stolen from us, but also for giving us the will to fight on and not let this unfortunate situation define and ruin our lives. I would be in a far worse place had we never interacted.

I would like to sincerely urge you towards leniency when sentencing Mr Rodriguez. He is an exceptionally talented and well-meaning man that has the potential to contribute significantly to society in ways that few people can. He showed nothing but kindness to myself and my father and I would speak highly of him to anyone I meet.

Yours Sincerely,

Richard Messitt

Jeremy Charles Wiles



October 22, 2025

The Honorable Denise L. Cote
United State District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY. 10007-1312

**Re: United States v. Rodriguez, No 1:24-cr-00082**

Dear Hon. Judge Cote,

I hope that this letter finds you well.

I am writing to respectfully request your mercy for my friend, Mr Keonne Rodriguez. Keonne is a man of exemplary and noble character, a devoted family man, and a God-fearing individual. Thoughtful, well-read, and consistently kind, he has demonstrated integrity, wisdom, and steadfast support for friends and family over the twenty years I have known him.

We became friends in 2004 while attending Filton College in Bristol, England. Our connection was immediate, built on mutual respect and shared values. Since then, we have remained close through the many life events that one encounters over the years. Throughout it all, Keonne has always been there for me, offering steadfast friendship and support. I have found great solace in his calm demeanor and sage wisdom.

After college, Keonne remained a steadfast friend. When my father passed away in 2008, he kindly invited me to stay with him in Florida for two months. That visit was an incredible and transformative experience, allowing me to rest, heal, and share in his life and friendship.

During my stay, Keonne thoughtfully arranged every detail of the visit, ensuring I enjoyed his home and city. He approached everything with remarkable skill, confidence, and class—qualities I have long admired.

As peers of the same age and mixed heritage, we share many interests and life experiences. Growing up—mine in Southeast London, his in Miami Beach—we each learnt valuable lessons and were shaped by faith, spending much of our youth in church.

He has a remarkable knowledge of history and culture, reflecting a deep thirst for understanding. Our shared appreciation of literature, music, film, and the arts has provided many memorable and joyful times together, which I will greatly miss.

Keonne and his wife, Lauren, have welcomed me into their home on many occasions, which I have always cherished. I am especially honoured to have witnessed their marriage and to have been entrusted with taking formal photographs for their special day.

With the prospect of his sentencing and incarceration approaching, I am writing to you to humbly request mercy and grace for Keonne. I ask that his sentence reflect compassion and that you might take into account the time he has already served under house arrest. If possible, please allow Keonne the opportunity to continue supporting his family and those who depend on him.

Hon. Judge Cote, I respectfully request that you show mercy and impose the shortest possible sentence. Keonne is a man of noble character, a devoted family man, and a God-fearing individual. Your compassion in this matter would be deeply appreciated.

I sincerely thank you for taking the time to read this letter.


Yours sincerely,
Jeremy Charles Wiles

Hon. Denise L. Cote
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

Dear Hon. Denise Cote,

I am writing to you on behalf of Keonne Rodriguez, who I understand has pled guilty before you in court.

My name is Stephen Rossi. Previously I contributed to the OXT platform and came to know Keonne through my work with the project. The OXT platform was a bitcoin data explorer and forensic tool owned and operated by Samourai Wallet. It offered open access to the entire bitcoin blockchain to the general public, for free.

In a previous letter to the court on behalf of William Hill, I described how the OXT platform was used as a public good, particularly in helping victims of theft recover their stolen cryptocurrency. I would like to emphasize that Keonne played a distinct and important role in that same effort.

Keonne was highly involved in maintaining the OXT Research website, where we would publish reports detailing the flow of funds following thefts and hacks. In several cases, Keonne helped to put victims of theft in touch with the appropriate authorities and counsel to pursue asset recovery.

Cryptocurrency asset recovery is a demoralizing and often unsuccessful pursuit. Yet Keonne consistently approached it with patience, technical discipline, and empathy for the victims. His actions showed a deep commitment to ensuring the platform could continue to serve the broader public good.

Even since his guilty plea, Keonne has continued to apply the skills he developed through past investigations to help victims of theft. I have personally seen and can confirm this ongoing commitment, which others in the bitcoin community have also publicly acknowledged.

I interacted with Keonne on a near-daily basis throughout our work together. Over that time, I came to know him as a steady, dependable, and thoughtful colleague. Beyond his technical competence, Keonne consistently demonstrated genuine care for the people around him. On one occasion when I was dealing with personal difficulties, he took the time to pick up the phone when I reached out for help. That moment left a strong impression on me — it showed that Keonne's compassion extends well beyond his professional work and reflects the kind of person he truly is.

From my perspective, Keonne's conduct reflected a genuine belief in doing what is right, even when there was little reward in it. His work on the platform and assistance in investigations demonstrated integrity and social conscience in a space that often lacks both.

Thank you for your time, and I hope my reflections on Keonne's character will be considered during his sentencing.

Sincerely,
Stephen Rossi

*Robert Fyock*



**30 September 2025**

The Honorable Denise L. Cote

United States District Judge

Southern District of New York

Daniel Patrick Moynihan United States Courthouse

500 Pearl Street

New York, NY 10007-1312

**RE: United States v. Rodriguez, No 1:24-cr-00082**

Dear Judge Cote,

I am writing this character reference on behalf of my brother-in-law, Keonne Rodriguez. I am currently on active duty in the United States Navy as a Special Warfare Operator 1st-Class Petty Officer, having served with honorable conduct for the past eight and a half years. The purpose of my writing is to hopefully offer some perspective on Keonne's character and to respectfully request your consideration of the person I have come to know him as, beyond these current legal proceedings.

I am fully aware the Keonne has pleaded guilty to 'Conspiracy to Operate an Unlicensed Money Transmitting Business'. I respect the legal system and court's process and that, by his admission of guilt, he must held accountable in the eyes of the law. The intention of this letter is not to diminish the seriousness of the offense or to excuse the transgression, but rather to present a more complete picture of who Keonne is as a human being.

Keonne and I have been acquainted for over a decade and have been family for almost six years. In the time I have known him, he has shown himself to be a man with strong family values, staunch moral conviction, composure and compassion. I am enormously thankful that my sister has been fortunate to find a husband like Keonne to love, care for and honor her, and proud to call him my brother. Keonne is sort of person who will do whatever he can to help his family. I have watched over the years as he worked tirelessly to provide a comfortable life for my sister

18

and himself. In the entirety of the time I have known him, I have never once heard Keonne raise his voice or seen him lose his composure. He is a man who uses reason and discussion to solve disputes and frustrations and while I have not excelled at applying these principles to my own life, he has set a respectable example for me, as I'm sure he does with anyone whom he interacts with. Finally, I believe there is much to glean about a person's character simply by observing their treatment of animals in addition to other people. Keonne is loving, kind and gentle with animals – particularly his dog Duncan - and is always polite and respectful with strangers. He is the kind of person you want as coworker, a neighbor, a friend, and as family.

Since this situation began I have seen Keonne's efforts to take responsibility for his actions. He has endeavored to comply with the directions and conditions assigned to him by the court to the letter. Keonne has cooperated with the legal proceedings to the best of his ability and the person I see today is someone who genuinely understands the gravity of his mistake and is sincere in his desire to make amends. I believe that once this current matter has concluded that he will resume contributing positively to civil society.

Your Honor, I respectfully request you consider Keonne as the person I know, and have described, when determining his sentence. While I understand we must all be held accountable to the law, I know that Keonne is someone who will learn and grow from this experience and still has tremendous value to, not only those who know and care for him, but also his community in general.

I sincerely thank you for your time and consideration. Please feel free to contact me if you require any additional information.


Respectfully submitted,

**Robert Fyock**

Special Warfare Operator 1st- Class Petty Officer,  United States Navy

*Cole Fyock*


**September 30, 2025.**

The Honorable Denise L. Cote
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

**Re: United States v. Rodriguez, No 1:24-cr-00082**

Dear Judge Cote,

I am writing this character letter on behalf of Keonne Rodriguez, whom I have known for thirteen years in my capacity as a friend, then later as a brother-in-law. I am a Senior Business Analyst and manager for KeyLogic, a site support contractor for the Department of Energy's National Energy Technology Laboratory and have spent the majority of my professional career supporting the labs mission in developing reliable and sustainable energy for our country's future. I write to you today to provide insight into Keonne's character and to respectfully ask for your consideration of the person I know him to be beyond this criminal matter.

I am aware that Keonne has pleaded guilty to Conspiracy to Operate an Unlicensed Money Transmitting Business. I am not writing to minimize the offense or question the court's decision. Instead, I hope to provide you with a fuller picture of Keonne as a human being.

Throughout our thirteen-year relationship, I have witnessed Keonne demonstrate an unparalleled work ethic in his various jobs, often putting others needs before his own to deliver his best work. I have witnessed Keonne's dedication to my sister and our family, always making time to attend family outings, or to simply share a meal or a conversation. Keonne is someone who is dependable and always available to offer his support or advice to those that are fortunate enough to know him. I have personally benefited from receiving that advice in my personal life and in my own career progression.

Since this situation began, I have observed Keonne take responsibility for his actions. His primary focus has been the well being of his wife, his family, and his business partner. He has remained a positive contributor to society by taking on work helping the victims of scams in

tracing their lost funds. Throughout everything, he has remained a good husband, brother, friend, and a decent human being.

I know that Keonne understands the gravity of this situation, and I know that he is committed to making amends and doing right by others.

Your Honor, I respectfully ask that you consider the person I have described when determining Keonne's sentence. While I understand that justice must be served, I firmly believe that he is someone who can learn from this experience and continue to contribute positively to our community. I believe that leniency in your sentencing would allow him to continue the positive changes he has already begun while still being held accountable for his actions.

Thank you for your consideration.


Respectfully submitted,

**Cole Fyock**

Senior Business Analyst - KeyLogic, National Energy Technology Laboratory

Rafael Yakobi, Esq.



October 14, 2025

The Honorable Judge Denise L. Cote
United States District Court
Southern District of New York

Re: United States v. Rodriguez, No 1:24-cr-00082 — Character Letter

Dear Judge Cote:

As an attorney, I have interacted with people through their darkest moments, their best days, and everything in between. I have seen how they behave when they hold power, when they are powerless, and when they are under pressure. That vantage point allows me to assess character not as an outsider reading headlines or curated social media, but in real, often difficult circumstances where true character becomes unmistakably clear.

I have known Keonne Rodriguez for approximately five years. He is a man of *exceptional* character. In all of my interactions with him, Keonne has displayed unwavering integrity. He takes his responsibilities seriously; he is diligent, serious, and guided by a strong sense of justice and fairness. He is principled and steady, and he inspires those around him to pursue what they believe in ethically and vigorously.

I know, with certainty that Keonne belongs **in** society, not apart from it. He has a supportive wife, and he can—and will—be a pillar of his community. I know that he will work to make the world better in specific and concrete ways, and that he will be effective at executing that goal.

I respectfully ask the Court to impose a sentence focused on rehabilitation rather than prolonged incarceration. I am prepared to support Keonne in complying fully with any conditions the Court imposes.

Respectfully,

*Rafael Yakobi*

Rafael Yakobi, Esq.

Enoch Solcitame



October 10, 2025
To the Honorable Judge Denise L. Cote
United States District Court, Southern District of New York
500 Pearl Street
New York, New York 10007

Re: Character Reference for Keonne Rodriguez in *United States v. Keonne Rodriguez & William Hill*, No. 24 Cr. 82 (DLC)

Dear Judge Cote,

I am writing to you in my capacity as a family friend to advocate for Keonne Rodriguez, whom I have known for over five years. It is an honor to vouch for his character and integrity in my time knowing him and his wife, Lauren. Keonne has always displayed qualities of honesty, integrity, and responsibility, both as a friend and in his personal endeavors. I initially met Keonne online when I discovered the software he developed and I have spent time with him in-person on multiple occasions at industry conferences and social gatherings. Over the years we have kept in close contact and I have always known him to be a devoted family man who is kind, truthful, straight-forward, and passionate about individual freedoms. A specific instance where these traits were evident is when Keonne uprooted his family from the United Kingdom and settled in a quiet rural Pennsylvania town to ensure his family could enjoy the freedoms we have in America, freedoms that were threatened in the UK. In addition to the aforementioned qualities, Keonne has been actively involved in supporting open-source developers and the arts. Keonne's commitment to free and open-source software is a testament to his sense of duty and compassion towards others. Keonne has remained focused on his work and providing good user experience even when times have been challenging and there were plenty of distractions. I believe that Keonne's conduct and character are exemplary and make him deserving of your consideration. Please feel free to contact me at the address listed above should you require any further information or clarification. Thank you for your time and consideration.

Sincerely,
Enoch Solcitame
Co-Founder 256 Foundation

To THE JUSTICES.

SEPTEMBER 2025

Dear Sir / Madame, whom it may Concern.
My Grandson : Keonne leo Rodriguez
is before you today - for sentencing.
May I introduce myself as an interested
party - his Grandmother.
In 1984 I was invited by interested
parties in Florida to go and share my
"expertise and professionalism", in my
chosen career in Mental Health, of which
I was happy to accept.
My daughter followed me a year later.
married and took American Citizenship
My Grandson - who is before you was
born a little later.
I returned to Britain six years later - due
to ill health. My Grandson Keonne leo
Rodriguez travelled each year since the
age five to spend the long summer
school holiday - with me in Britain; -
and also many holidays/experiences
travelling in Europe, in order to widen
his experiences in life - and learn.
You will understand that I was very
taken aback. when I learnt that he had
some problems which including a tank and
an over head drone; which included police
etc. turned up at his home in Pennsylvania,
with the search of his home and computer etc etc

taken away, passport confiscated etc;
also, he was released under house arrest
and "tagged;" to begin with in his own house –
and later he was allowed to have a
curfew of 7 pm to 7 am.
You can imagine how shocked I was –
I had never imagined he would find
himself in such difficulties.
I later found out the reasons – I am not
quite sure what could have warranted
such drastic actions above – he has
never been aggressive, and of course
it has obviously had an effect on
his family; the couple had been trying
for children – but my advice and their
own common sense that maybe it was
not appropriate in the circumstances
(a wife left behind with a small child, and
no means of financial support – would
be irresponsible in the circumstances)
Not to mention that I who have been
so central to his life would probably never
see him again – I am too old to travel at
89 yr.
I would therefore ask for your leniency;
his career and private life have suffered
greatly – lessons have been learnt – he is an
is aged "Can do" young man in th. his life
before him – he made an error (af though he it
had a lawyer), he has already paid dearly for it
Knowing him and his abilities in the tech
world – he would be a loss to our futures;
he has already suffered a great deal,
with tagging and curfews for so long before he
is brought before the Court.
I ASK YOU IN THE CIRCUMSTANCES TO SHOW LENIENCY
LESSONS HAVE BEEN LEARNT. HIS FAMILY IN BRITAIN MAY
NEVER HAVE THE CHANCE TO SEE HIM AGAIN.
SINCERLY ANDREY R. COOKE

Audrey R. Cooke



September 2025

TO THE JUSTICES

Dear Sir/Madam, whom it may concern.

My Grandson – Keonne Leo Rodriguez is before you today – for sentencing. May I introduce myself as an interested party – his Grandmother.

In 1984 I was invited by interested parties in Florida to go an share my "expertise and professionalism" in my chosen career in mental health, of which I was happy to accept.

My daughter followed me a year later, married, and took American citizenship. My grandson – who is before you – was born a little later.

I returned to Britain six years later due to ill health. My grandson Keonne Leo Rodriguez traveled each year since the age of five to spend the long summer school holiday - with me in Britain; and also many holidays/experiences traveling in Europe in order to widen his experience in life – and learn.

You will understand that I was very taken aback; when I learnt that he had some problems which included a tank and an over head drone – which included police etc. – turned up at his home in Pennsylvania, with the search of his home and computer etc. etc. taken away, passport confiscated also he was released under house arrest and "tagged" to begin within his own house and later he was allowed to have a curfew of 7 pm to 7 am.

You can imagine how shocked I was – I had never imagined he would find himself in such difficulties. I later found out the reasons – I am not quite sure what could have warranted such drastic actions above – he has <u>never</u> been aggressive and of course it has seriously had an effect on his family; the couple had been trying for children – but my advice and their own common sense that maybe it was not appropriate in the circumstances (a wife left behind with a small child and no means of financial support – would be irresponsible in the circumstances),

Not to mention that I who have been so central to his life would probably never see him again – I am too old to travel at 89 years. I would therefore ask for your leniency. <u>His career and private life have suffered greatly</u> – lessons have been learnt. He is an eager "can do" young man with his life before him – he made an error (although he had a lawyer?), he has already paid dearly for it.

Knowing him and his abilities in the tech world – he would be a loss to our futures. He has already suffered a great deal with tagging and curfews for so long before he is brought before the court. <u>I</u>

<u>ask you in the circumstances to show leniency.</u> Lessons have been learnt. His family in Britain may never have the change to see him again.

Sincerely,
Audrey R. Cooke
*AR Cooke*