# Arnold & Porter

Michael Krouse
+1 212.836.7750 Direct
Michael.Krouse@arnoldporter.com

October 24, 2025

**BY ECF**

Honorable Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

*Granted.*

*/s/ Denise Cote*
10/27/25

Re: *United States v. Keonne Rodriguez, et al.*, 24 Cr. 82 (DLC)

Dear Judge Cote:

On behalf of the defendant, Keonne Rodriguez, the defense respectfully request that Mr. Rodriguez be permitted to file on the public docket slightly redacted versions of the supporting letters to his sentencing submission. The defense also respectfully requests that the unredacted versions of the letters be filed under seal. The redactions cover personally identifiable information, including home addresses, email addresses, and phone numbers.

The Government consents to this request.

Respectfully submitted,

Michael Kim Krouse

Arnold & Porter Kaye Scholer LLP
250 West 55th Street | New York, NY 10019-9710 | www.arnoldporter.com